B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **White Way Sign & Maintenance Co.**    Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| All Right Sign<br>3628 Union Ave.<br>Steger, IL 60475 | All Right Sign<br>3628 Union Ave.<br>Steger, IL 60475 | Trade debt | | 33,094.04 |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | American Express<br>200 Vesey Street<br>New York, NY 10285 | Trade debt | | 36,453.13 |
| American OPTO Plus LED Corp<br>1206 E. Lexington Ave.<br>Pomona, CA 91766 | American OPTO Plus LED Corp<br>1206 E. Lexington Ave.<br>Pomona, CA 91766 | Trade debt | | 263,973.00 |
| Cabot Industrial Value Fund II OP<br>Cabot Properties<br>One Beacon Street, 17th Floor<br>Boston, MA 02108 | Cabot Industrial Value Fund II OP<br>Cabot Properties<br>One Beacon Street, 17th Floor<br>Boston, MA 02108 | Lease obligation | Unliquidated<br>Disputed<br>Subject to Setoff | 375,942.00 |
| CBS Outdoor<br>111 N. Vista Rd., Suite 3A<br>Spokane, WA 99212 | CBS Outdoor<br>111 N. Vista Rd., Suite 3A<br>Spokane, WA 99212 | Customer refund | | 42,279.00 |
| CBS Television Studios<br>22 West Washington St.<br>Chicago, IL 60602 | CBS Television Studios<br>22 West Washington St.<br>Chicago, IL 60602 | Customer refund | | 32,734.00 |
| ComEd<br>ComEd Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | ComEd<br>ComEd Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680 | Utilities | | 57,254.72 |
| First Insurance Funding Co.<br>450 Skokie Blvd.<br>Northbrook, IL 60065 | First Insurance Funding Co.<br>450 Skokie Blvd.<br>Northbrook, IL 60065 | Business Insurance | | 26,280.88 |
| Hershey Entertainment & Resorts<br>27 W. Chocolate Ave.<br>Hershey, PA 17033 | Hershey Entertainment & Resorts<br>27 W. Chocolate Ave.<br>Hershey, PA 17033 | Customer Refund | | 81,500.00 |
| K&L Gates LLP<br>70 W. Madison St.<br>Chicago, IL 60602 | K&L Gates LLP<br>70 W. Madison St.<br>Chicago, IL 60602 | Legal fees | | 75,706.43 |

B4 (Official Form 4) (12/07) - Cont.

In re   White Way Sign & Maintenance Co.                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Liberty Technology Advisors, LLC c/o Ft. Sheridan Group, LLC 3535 Patten Road, Suite 8A Highland Park, IL 60035 | Liberty Technology Advisors, LLC c/o Ft. Sheridan Group, LLC 3535 Patten Road, Suite 8A Highland Park, IL 60035 | Trade Debt | | 54,670.00 |
| Napleton 6140 N. Western Ave. Chicago, IL 60659 | Napleton 6140 N. Western Ave. Chicago, IL 60659 | Customer refund | | 56,500.00 |
| Pancor Construction & Development 2175 Point Blvd. Elgin, IL 60123 | Pancor Construction & Development 2175 Point Blvd. Elgin, IL 60123 | Customer refund | | 78,355.00 |
| Plante Moran, PLCC 600 E. Front St., Suite 300 Traverse City, MI 49686 | Plante Moran, PLCC 600 E. Front St., Suite 300 Traverse City, MI 49686 | Professional services | | 27,922.00 |
| Quantum Sign Corp. 693 Heartland Drive Sugar Grove, IL 60554 | Quantum Sign Corp. 693 Heartland Drive Sugar Grove, IL 60554 | Trade debt | | 39,832.90 |
| Sentinel Technologies 2550 Warrenville Rd. Downers Grove, IL 60515 | Sentinel Technologies 2550 Warrenville Rd. Downers Grove, IL 60515 | Customer refund | | 25,521.00 |
| Seyfarth Shaw LLP 131 S. Dearborn St., Suite 2400 Chicago, IL 60603 | Seyfarth Shaw LLP 131 S. Dearborn St., Suite 2400 Chicago, IL 60603 | Legal fees | | 26,053.09 |
| Sheet Metal Workers Ntl. Pens. Fund Benefit Funds Suite 500 601 N. Fairfax St. Alexandria, VA 22314 | Sheet Metal Workers Ntl. Pens. Fund Benefit Funds Suite 500 601 N. Fairfax St. Alexandria, VA 22314 | Multi-employer plan withdrawal liability | | 857,862.00 |
| Travelers Insurance PO Box 3556 Orlando, FL 32802 | Travelers Insurance PO Box 3556 Orlando, FL 32802 | Workers' Compensation | | 53,000.00 |
| Village of Rosemont 9501 W. Devon Ave. Des Plaines, IL 60018 | Village of Rosemont 9501 W. Devon Ave. Des Plaines, IL 60018 | Refund | | 94,602.39 |

B4 (Official Form 4) (12/07) - Cont.
In re   **White Way Sign & Maintenance Co.**                                      Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **11/12/14**                        Signature  _/s/ Willard D. Martens_
                                          Willard D. Martens
                                          **Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                            18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy