**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WHITE WAY SIGN & MAINTENANCE CO. | ) | CASE NO. 14-40855 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | *The Honorable Donald R. Cassling* |

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

   PLEASE TAKE NOTICE that on **November 25, 2014 at 10:30 a.m.**, we will appear before the Honorable Judge Donald R. Cassling or any judge sitting in his stead in Courtroom 619 of the United States Bankruptcy Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and will there present **Cabot II – IL1M08, LLC's motion for relief from the automatic stay**, a copy of which is hereby served on you.

                              Respectfully Submitted,

                              CABOT II – IL1M08, LLC,

Dated: November 19, 2014      By:    /s/ Eric D. Kaplan
                              Eric D. Kaplan (ekaplan@kpglaw.com)
                              Christopher S. Wunder (cwunder@kpglaw.com)
                              KAPLAN PAPADAKIS & GOURNIS, P.C.
                              180 N. LaSalle Street
                              Suite 2108
                              Chicago, Illinois 60601
                              (312) 726-0531

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Cabot II – IL1M08, LLC, hereby certifies that he served the forgoing Notice and accompanying pleading on all counsel of record by causing a true copy thereof to be transmitted by electronic mail through the CM/ECF Filing System for delivery on or before 5:00 p.m. on November 19, 2014 and by depositing the same in a post office box located at 180 North LaSalle Street, Chicago, Illinois, postage prepaid, on or before 5:00 p.m. on November 19, 2014 to all parties identified on the attached service list.

Dated: November 19, 2014        By:    /s/ Eric D. Kaplan
                                Eric D. Kaplan (ekaplan@kpglaw.com)
                                Christopher S. Wunder (cwunder@kpglaw.com)
                                KAPLAN PAPADAKIS & GOURNIS, P.C.
                                180 N. LaSalle Street
                                Suite 2108
                                Chicago, Illinois 60601
                                (312) 726-0531

**SERVICE LIST**

All Right Sign
3628 Union Ave.
Steger, IL 60475

American Express
200 Vesey Street
New York, NY 10285

American OPTO Plus LED Corp
1206 E. Lexington Ave.
Pomona, CA 91766

CBS Outdoor
111 N. Vista Rd., Suite 3A
Spokane, WA 99212

CBS Television Studios
22 West Washington St.
Chicago, IL 60602

ComEd
ComEd Customer Care Center
P.O. Box 805379
Chicago, IL 60680

First Insurance Funding Co.
450 Skokie Blvd.
Northbrook, IL 60065

Hershey Entertainment & Resorts
27 W. Chocolate Ave.
Hershey, PA 17033

K&L Gates LLP
70 W. Madison St.
Chicago, IL 60602

Liberty Technology Advisors, LLC
c/o Ft. Sheridan Group, LLC
3535 Pattern Road, Suite 8A
Highland Park, IL 60035

Napleton
6140 N. Western Ave.
Chicago, IL 60659

Pancor Construction & Development
2175 Point Blvd.
Elgin, IL 60123

Plante Moran, PLCC
600 E. Front St., Suite 300
Traverse City, MI 49686

Quantum Sign Corp.
693 Heartland Drive
Sugar Grove, IL 60554

Sentinal Technologies
2550 Warrenville Rd.
Downers Grove, IL 60515

Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Sheet Metal Workers Ntl. Pens. Fund
Benefit Funds Suite 500
601 N. Fairfax St.
Alexandria, VA 22314

Travelers Insurance
PO Box 3556
Orlando, FL 32802

Village of Rosemont
9501 W. Devon Ave.
Des Plaines, IL 60018

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WHITE WAY SIGN & MAINTENANCE CO. ) | CASE NO. 14-40855 |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | *The Honorable Donald R. Cassling* |

### CABOT II – IL1M08, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Movant Cabot II – IL1M08 ("Cabot"), incorrectly identified as Cabot Industrial Value Fund II OP, respectfully moves for relief from the automatic stay imposed by the Bankruptcy Code pursuant to 11 U.S.C. § 362 and Federal Rules of Bankruptcy Procedure 4001 and 9014, and in support of this motion states as follows:

1.  Debtor White Way Sign & Maintenance Co. ("Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on November 12, 2014 (the "Petition Date").

2.  This Court has jurisdiction of this matter and it is a core proceeding.

3.  Cabot is the landlord of property currently occupied by Debtor at 451 Kingston Court, Mt. Prospect, Illinois 60056 (the "Premises") pursuant to a Lease, as amended, between Cabot and Debtor dated March 21, 2007 (the "Lease"). A true and accurate copy of the Lease is attached hereto as Exhibit A.

4.  Pursuant to the Lease, at the time of the Petition Date, Debtor agreed to pay Cabot monthly payments of base rent in the amount of $18,866.44, plus payments for real property taxes, utilities, insurance premiums, and outside area maintenance ("OAM") expenses.

5.  Debtor is currently operating as a Debtor-in-Possession pursuant to the Bankruptcy Code and is operating its business at the Premises.

6. On September 29, 2014, Cabot filed a joint action Complaint in Illinois state court, captioned as *Cabot II – IL1M08, LLC v. White Way Sign & Maintenance Co.*, Case No. 14 M1 722551 (the "Eviction Action"). A true and accurate copy of the Complaint for the Eviction Action is attached hereto as Exhibit B.

7. On the Petition Date, the Eviction Action was set to be scheduled for jury trial assignment on the issues of possession of the Premises and damages. As a result of the Petition, the Eviction Action was dismissed without prejudice and with leave to reinstate in the event the Bankruptcy Court lifted the automatic stay in order for the Eviction Action to proceed.

8. Debtor was $311,004.22 in arrears for rent as of the filing date of the Eviction Action, and Debtor has not made a rent payment to Cabot since August 27, 2013. Debtor was $377,972.36 in arrears of its obligations under the Lease on the Petition Date.

9. The Lease is set to expire on December 31, 2014.

10. Debtor has occupied and used the Premises as a Debtor-in-Possession since the filing of the Bankruptcy Petition and has not made any rent payments to Cabot.

11. Cabot seeks relief from the automatic stay of the Bankruptcy Code in accordance with § 362(d)(1) in order to permit Cabot to pursue its rights to evict Debtor in the Eviction Action and to recover possession of the Premises. At this time, Cabot's interest in the Premises is not adequately protected and payments are not being made by Debtor to protect Cabot's interest in the Premises. Pursuant to Local Bankruptcy Rule 4001-1(A), a copy of the Court's required statement to accompany motions for relief from stay is attached hereto as Exhibit C.

12. Cabot will suffer irreparable injury and damage should Cabot be delayed in pursuing its rights for forcible entry and detainer and to secure the Premises from Debtor.

13. Cabot requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting relief herein.

WHEREFORE Plaintiff Cabot II – IL1M08, LLC respectfully requests that this Court:

a. Grant it relief from the automatic stay of 362(a) to permit Cabot to pursue its rights to evict Debtor White Way Sign & Maintenance Co. from the Premises located at 451 Kingston Court, Mt. Prospect, Illinois 60056 and to recover possession of the Premises pursuant to applicable state law;

b. Waive the 14 day stay of the order as provided by Fed. R. Bankr. P. 4001(a)(3);

c. In the alternative, should the Court deny the Creditor's request to lift the automatic stay, the Creditor requests that the Court award it adequate protection pursuant to section 361 of the Bankruptcy Code.

d. Grant such other relief as the Court deems just and proper.

Respectfully Submitted,

CABOT II – IL1M08, LLC,

Dated: November 18, 2014

By: \_\_\_/s/ Eric D. Kaplan_____
Eric D. Kaplan (ekaplan@kpglaw.com)
Christopher S. Wunder (cwunder@kpglaw.com)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531