UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
White Way Sign & Maintenance Co.,         )          Case No. 14 B 40855
                                          )
            Debtor(s).                    )

## NOTICE OF MOTION

To: See attached Service List

PLEASE TAKE NOTICE that on May 12, 2015, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in Courtroom No. 619, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Trustee's Motion for Authority to Sell Assets Of Debtor White Way Sign & Maintenance Co.

At which time and place you may appear if you see fit.

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60603
773-348-9682

## CERTIFICATE OF SERVICE

I, Phillip D. Levey, an attorney, certify that on April 21, 2015, I served the aforesaid Notice of Motion and the Motion described therein on the persons on the attached ECF Service List via ECF and on the remaining persons by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

## ECF SERVICE LIST

All Right Sign, Inc.
c/o Fred R Harbecke
53 W. Jackson Blvd.
Suite 1510
Chicago, IL 60604

Barrington Bank & Trust Company, N.A.
c/oScott H. Kenig
Randall & Kenig LLP
455 N. Cityfront Plaza Drive - #3160
Chicago, IL 60611

Cabot II - IL1M08, LLC
c/o Christopher S Wunder
Kaplan Papdakis & Gournis P.C
180 N LaSalle Street - Suite 2108
Chicago, IL 60601

Electrical Insurance Trustees
c/o David R Shannon
Tenney & Bentley
111 W Washington - Suite 1900
Chicago, IL 60602

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603

Lori A Butler
Pension Benefit Guaranty Corp - US Govt
1200 K Street, N.W., Suite 340
Washington, DC 20005

UnitedHealthcare Insurance Company of Illinois
c/o Latonia Williams
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

UnitedHealthcare Insurance Company of Illinois
c/o Thomas C. Wolford
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL 60602

James E. Morgan
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue - Suite 1100
Chicago, IL 60604

L. Judson Todhunter
Howard & Howard Attorneys PLLC
200 S Michigan Ave - Suite 1100
Chicago, IL 60604

Office Of U.S. Trustee
219 South Dearborn Street - Suite 873
Chicago, IL 60604

## U.S. MAIL SERVICE LIST

Willard D. Martens
White Way Sign & Maintenance Co.
451 Kingston Court
Mt. Prospect, IL  60056

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
White Way Sign & Maintenance Co.,         )          Case No. 14 B 40855
                                          )
        Debtor(s).                        )

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL ASSETS OF DEBTOR WHITE WAY SIGN & MAINTENANCE CO.

Phillip D. Levey ("Trustee"), not individually, but solely as the interim trustee of the Chapter 7 bankruptcy estate of White Way Sign & Maintenance Co. ("debtor"), pursuant to 11 U.S.C. §363 (b) and (f), respectfully requests that this Honorable Court enter an order authorizing him to sell this estate's right, title and interest in various assets of the debtor free and clear of liens and encumbrances by way of a public auction sale. In support of this Motion, Trustee represents as follows:

### BACKGROUND

1. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Code on November 12, 2014. The case was subsequently converted to a proceeding under Chapter 7 of the Code on March 17, 2015.

2. Movant is the duly appointed, qualified and acting interim trustee in this Chapter 7 case.

3. In 1923, the debtor commenced an electric sign manufacturing, installation and maintenance business which it operated until the aforesaid conversion of this case to a Chapter 7 proceeding.

4. Since 2007, the debtor operated said business from the property commonly known as 451

Kingston, Mt. Prospect, Illinois. Said property consists of a large office space, adjacent garage space with multiple loading bays, a manufacturing facility and warehouse space.

5. Generally speaking, the debtor presently has twenty-three (23) boom, bucket and pick-up trucks; two (2) cars; one (1) SUV; a large quantity of inventory; three (3) fork lifts; specialized tools and equipment for the manufacture and maintenance of both computerized and non-computerized electric signs and general office equipment consisting of numerous desks, chairs, cubicles, a telephone system; general intangibles (e.g. customer files, lists, telephone number, trade names, etc.); and a computer system at its facility at 451 Kingston Court, Mt. Prospect, Illinois (collectively the "Assets").

6. According to the debtor's Schedule D, the Assets are unencumbered with the exception of a non-consensual tax lien in favor of the Illinois Department of Revenue in the amount of $46,829.00.

7. After discussing the matter with several auctioneers as well as a number of prospective purchasers of the debtor's business as a going concern, movant is satisfied that the highest and best price for the Assets will be obtained by way of a public auction sale. Accordingly, movant recommends that he be authorized sell said property free and clear of liens with any liens attaching to the net sale proceeds in the same priority they now enjoy.

8. Pursuant to this Court's prior order, movant was authorized to employ Heath Industrial Auction Services, Inc. ("Heath") of Lake in the Hills, Illinois, to take possession of and conduct a public auction sale of the Assets.

9. On information and belief, Heath is an experienced, bonded auctioneer who has been used many times by other trustees in this district to sell property of bankruptcy estates at public auction.

-2-

Accordingly, Heath appears to be well qualified to market and sell the Assets at auction.

10.  As required by Bankruptcy Rule 2002(a)(2), movant has sent notice of this motion and the proposed auction to all creditors listed on the debtor's schedules, the debtor, other parties in interest and the Office of the U.S. Trustee. A copy of said notice and a certificate of service therefor is attached hereto and made a part hereof as Exhibit "A".

## RELIEF REQUESTED

11. Movant requests that this Court enter an order authorizing him to sell the Assets at a public auction sale, free and clear of liens as provided by 11 U.S.C. §363(f) with liens, if any, to attach to the sale proceeds in the same priority they now enjoy, to be conducted by Heath beginning at 9:00 a.m. on May 20, 2015, at 451 Kingston, Mt. Prospect, Illinois, with inspection of the assets to be held on May 18 and 19, 2015, from 9:00 a.m. to 4:00 p.m.

12.  Movant also requests that this Court enter an order that objections to the proposed sale, if any, be filed with the Clerk of this Court on or before May 7, 2015, with a copy thereof served on the Trustee. Further, movant requests that said order provide that objections, if any, will be heard by this Court at 9:30 a.m. on May 12, 2015, in Courtroom No. 619, 219 South Dearborn Street, Chicago, Illinois, without further notice.

13. Movant further recommends that the aforementioned notice of the proposed auction sale sent to all known creditors and other parties in interest be approved.

14.  This estate currently lacks available funds to pay the filing fee for this motion. Accordingly, movant requests that the filing fee be deferred until such funds are received.

Wherefore, movant prays for the entry of an order in conformity with the foregoing motion and for such other and further relief as may be appropriate.

Respectfully submitted,

Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60603
773-348-9682

-4-

# EXHIBIT A

## CERTIFICATE OF SERVICE

I, Phillip D. Levey, an attorney, certify, that on April 21, 2015, I served the foregoing Notice of Hearing on Trustee's Motion to Sell Assets of White Way Sign & Maintenance Co. on the persons listed on the attached Service List by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

11th Ward Democratic Party Campaign
3659 South Halsted Street
Chicago, IL 60609-1642

A-American Self Storage
2300 Federal Ave.
Los Angeles, CA 90064-1406

Abraham Jr., Yamil
1821 N. 24th Avenue
Melrose Park, IL 60160-1819

Abramov, Lyubov
103-E. Dundee Road
Apt. 6
Wheeling, IL 60090-3042

Accelerated Physical Therapy
67 W. Jackson Blvd
Chicago, IL 60604-3507

Accounting Principals, Inc
10151 Deerwood Park Blvd
Bldg 200, Suite 400
Jacksonville, FL 32256-0566

ACMC Physician Services
836 W. Wellington Ave.
Chicago, IL 60657-5147

Active Electrical Supply
4240 W. Lawrence Ave.
Chicago, IL 60630-2798

Active Electrical Supply Company
C/O James P. Ziegler
1 E Wacker Drive Suite 2610
Chicago IL 60601-2001

Admiral Theatre
221 N. LaSalle St.
Chicago, IL 60601-1206

ADP Inc.
PO Box 0500
Carol Stream, IL 60132-0500

Aecom Technical Services, Inc.
1178 Paysphere Circle
Chicago, IL 60674-0011

Ajilon Professional Staffing
Dept. CH 14031
Palatine, IL 60055-0001

All Right Sign
3628 Union Ave
Steger Il 60475-1748

All Right Sign, Inc.
c/o Fred R. Harbecke
53 W. Jackson Blvd.
Suite 1510
Chicago, IL 60604-4151

Alpha Review Corporation
184 Shuman Blvd #300
Naperville, IL 60563-8420

Amalgamated Bank of Chicago
1 W. Monroe St.
Chicago, IL 60603-5384

American Board of Radiology
5441 E. Williams CIR
Tucson, AZ 85711-7412

American Express
200 Vesey Street
New York, NY 10285-0002

American Express
PO Box 0001
Los Angeles, CA 90096-0001

American Ins Services Group
PO Box 27508
New York, NY 10087-7508

American Insurance Services Group
545 Washington Boulevard
Jersey City, NJ 07310-1607

American Lift & Sign Service
6958 N 97th CIR
Omaha, NE 68122-1060

American OPTO Plus LED Corp
1206 E Lexington Ave
Pomona, CA 91766-5519

American Sign Maintenance
PO Box 1027
Hahnville, LA 70057-1027

Anderson Pest Solutions
501 W. Lake Street
Elmhurst, IL 60126-1419

Andrew Cooke & Associates, LLC
243 N. 5th St.
Columbus, OH 43215-2654

Arden Realty, Inc.
520 Lake Cook Rd.
Deerfield, IL 60015-5634

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T
POB 8100
Aurora, IL 60507-8100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
                                              )
White Way Sign & Maintenance Co.,             )        Case No. 14 B 40855
                                              )
        Debtor(s).                            )        Chapter 7

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO SELL ASSETS OF WHITE WAY SIGN & MAINTENANCE CO.

PLEASE TAKE NOTICE that on November 12, 2014, the debtor, White Sign & Maintenance Co. ("White Way"), filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, which was converted to a proceeding under Chapter 7 of the United States Bankruptcy Code on March 17, 2015, following which Phillip D. Levey of 2722 North Racine Avenue, Chicago, Illinois 60614, (773) 348-9682, was appointed as interim trustee.

PLEASE TAKE FURTHER NOTICE that on April 21, 2015, Phillip D. Levey filed Trustee's Motion for Authority to Sell Assets of Debtor White Way Sign & Maintenance Co. (the "Auction Motion") thereby requesting authority to sell certain assets of White Way at a public auction sale to be conducted by Heath Industrial Auction Services, Inc. beginning at 9:00 a.m. on May 20, 2015, at 451 Kingston, Mt. Prospect, Illinois, with inspection of said assets to be held on May 18 and 19, 2015, from 9:00 a.m. to 4:00 p.m. at 451 Kingston, Mt. Prospect, Illinois. Said Auction Motion is available for inspection at the Office of the Clerk of the U.S. Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois, or by contacting the trustee.

PLEASE TAKE FURTHER NOTICE that a hearing on said Auction Motion will be held before the Honorable Donald R. Cassling in Courtroom No. 619, 219 South Dearborn Street,

Chicago, Illinois, at 9:30 a.m. on May 12, 2015, at which time and place you may appear if you so see fit.

PLEASE TAKE FURTHER NOTICE that any person objecting to the sale or claiming a lien against the assets be and they are hereby directed to both file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, and serve a copy of said objection(s) upon Phillip D. Levey at 2722 North Racine Avenue, Chicago, Illinois 60614, before the hour of 4:30 p.m. on May 7, 2015. A hearing on timely filed objections, if any, will be held before the Honorable Donald R. Cassling in Courtroom No. 619, 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m. on May 12, 2015. Any party filing an objection shall be expected to appear and be heard at said hearing.

PLEASE TAKE FURTHER NOTICE that the manner of sale described in this notice may be changed by order of court in the event that objections are filed.

Dated: April 21, 2015

_____
Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017

Athletico Ltd.
625 Enterprise Drive
Oak Brook, IL 60523-8813

Avaya Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

Avaya, Inc.
PO Box 5332
New York, NY 10087-5332

Avnet Electronics Marketing
Box 70390
Chicago, IL 60673-0390

BankDirect Capital Finance
150 North Field Drive, Suite 190
Lake Forest, IL 60045-2594

BankDirect Capital Finance, LLC
PO Box 660448
Dallas, TX 75266-0448

Barrington Bank & Trust Company NA
201 South Hough Street
Barrington, IL 60010-4364

Basic Irrigation Services Inc.
12010 S. Aero Drive Unit 2
Plainfield, IL 60585-9703

Benshine, Inc.
589 Commerce Drive
Leitchfield, KY 42754-9169

BNA
PO Box 17009
Baltimore, MD 21297-1009

Brothers' Trust
Joseph N. Dietrich
Dietrich & Dietrich, LLC
2516 Waukegan Road, Suite 392
Glenview, IL 60025-1774

Brothers' Trust
Robert B. Flannery Sr.
72570 Theodora Lane
Palm Desert, CA 92260-6561

Bureau of Workers' Compensation
30 W. Spring St. #L11
Columbus, OH 43215-2216

Cabot II - IL1M08, LLC
One Beacon Street
Suite 1700
Boston, MA 02108-3106

Cabot II - IL1M08, LLC
c/o Chris S. Wunder
Kaplan Papadakis & Gournis, P.C
180 N. LaSalle Street, Suite 2108
Chicago, Illinois 60601-2701

Cabot Industrial Value Fund II OP
Cabot Properties
One Beacon Street 17th
Floor
Boston, MA 02108-3106

Carreer Builder, Inc.
13047 Collection Center Drive
Chicago, IL 60693-0130

Carrie Provost
813 S. Maple St.
Mount Prospect, IL 60056-4335

Cassidy Tire
710 E. Northwest Hwy
Arlington Heights, IL 60004-6232

CBS Outdoor
111 N Vista Rd Suite 3A
Spokane, WA 99212-2960

CBS Television Studios
22 West Washington St
Chicago, IL 60602-1606

CDW Computer Centers, Inc.
PO Box 75723
Chicago, IL 60675-5723

Ceridian
3311 E Old Shakopee Rd
Bloomington MN 55425-1640

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

Chatham Partners LLC
676 N. Michigan Ave., Ste 3120
Chicago, IL 60611-2848

Chavez, Efren
6004 S. Natchez
Burbank, IL 60459

Chicago & Cook County
EBB#16 Suite 940
Westchester, IL 60154

Chicago Department of Revenue
150 N. Michigan Ave.
Chicago, IL 60601-7553

Chicago Department of Revenue
8034 Innovation Way
Chicago, IL 60682-0080

Chicago Public Schools
PO Box 661
Chicago, IL 60690-0661

Christ Medical Center
4440 W. 95th St.
Oak Lawn, IL 60453-2600

Chubb Insurance
15 Mountain View Rd.
Warren, NJ 07059-6795

Cincinnati Insurance Co.
PO box 145620
Cincinnati, OH 45250-5620

Cintas Fire
1870 Brummel Avenue
Elk Grove Village, IL 60007-2121

Circom, Inc.
505 W. Main St.
Bensenville, IL 60106-2180

Circuit Reproduction
219 Hergesell Ave.
Maywood, NJ 07607-1140

CIT
21146 Network Place
Chicago, IL 60673-1211

CIT Finance LLC
10201 Centurion Parkway North
Jacksonville, FL 32256-4114

CIT Finance LLC
211446 Network Place
Chicago, IL 60673-1211

CIT Finance LLC
CIT Technology Financing Services
PO Box 550599
Jacksonville, FL 32255-0599

CIT Finance LLC
LeClair Ryan c/o Angela Watson
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219-4040

City of Chicago
121 North LaSalle Street
Room 107
Chicago, IL 60602-1232

City of Chicago
Department of Finance
PO Box 88298
Chicago, IL 60680-1298

City of Chicago Heights
1601 Chicago Rd
Chicago Heights, IL 60411-3487

City of Country Club Hills
4200 W. 183rd St.
Country Club Hills, IL 60478-5338

City of Countryside
5550 East Ave.
Countryside, IL 60525-3689

City of Crystal Lake
100 Woodstock St.
Crystal Lake, IL 60014-4262

City of Des Plaines
1420 Miner St.
Des Plaines, IL 60016-4498

City of East Chicago Indiana
2301 East Columbus Drive
East Chicago, IN 46312-2876

City of Hammond
5925 Calumet Avenue
Hammond, IN 46320-2556

City of Highland Park
1707 St Johns Avenue
Highland Park, IL 60035-3593

City of Highwood
17 Highwood
Highwood, IL 60040-1595

City of Joliet
150 W. Jefferson St.
Joliet, IL 60432-4158

City of Waukegan
100 N. Martin Luther King Jr. Ave.
Waukegan, IL 60085-4395

City of Wheaton
303 W. Wesley St.
Wheaton, IL 60187-5070

Claims One, LLC
225 Smith Rd.
Saint Charles, IL 60174-5208

Classic Fine Decorating
PO Box 480175
Niles, IL 60714-0175

CNA Surety
PO Box 5077
Sioux Falls, SD 57117-5077

Coins USA
6 Airport
Latham, NY 12110

Colorimage Inc.
461 N. Milwaukee Ave.
Chicago, IL 60654-5522

Com Ed
ComEd Customer Care
Center
P.O. Box 805379
Chicago, IL 60680-4179

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

Converge Media
1001 Meadow Rd.
Glencoe, IL 60022-1220

Cook County Collector
25880 Network Place
Chicago, IL 60673-1258

Cox Professional Resources, Inc.
PO Box 634
Batavia, IL 60510-0634

Cox Professional Resources, Inc.
Steven D. Titiner
1700 N. Farnsworth Ave.
Aurora, IL 60505-1523

Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL 60603-4101

Creative Hi-Tech Ltd.
710 Cooper Court
Schaumburg, IL 60173-4537

CSC
PO Box 13397
Philadelphia, PA 19101-3397

CT Corporation System
P.O. Box 4349
Carol Stream, IL 60197-4349

Darren Odom
730 Noyes St.
Evanston, IL 60201-2845

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

District School Board of
Citrus County Fl.
1007 W. Main Street
Inverness, FL 34450-4625

DND Express
6160 N. Cicero Ave.
Chicago, IL 60646-4312

Donald Kick
361 Everett Ave.
Crystal Lake, IL 60014-7162

Donald Steinhagen
3411 Prairie Ave.
Brookfield, IL 60513-1410

Douglas Truck Parts
1640 N. State St.
Chicago, IL 60616-1214

Draper & Kramer Inc.
33 W. Monroe St. #1900
Chicago, IL 60603-5414

Dueco
PO Box 8810
Carol Stream, IL 60197-8810

Duke's Oil Service Inc.
783 Fairway Drive
Bensenville, IL 60106-1310

Dun & Bradstreet
PO Box 75434
Chicago, IL 60675-5434

Dunn, Beth M.
1610 Wooduck Ln. Apt. #1D
Wheeling, IL 60090-5246

Eastwood Bank
Trustee of Robert B. Flannery Trust
318 First Ave. SW, Suite 120
Rochester, MN 55902-3624

Eastwood Bank, Trustee
attn: Timothy Melin
Eastwood Bank Trust Department
318 First Avenue SW, Suite 120
Rochester, MN 55902-3624

EGL Company, Inc.
100 Industrial Rd.
Berkley Heights, NJ 07922-1523

Electrical Insurance Trustees
David R. Shannon
Tenney & Bentley, LLC
111 W. Washington St., Suite 1900
Chicago, IL 60602-2769

Electronic Entry Systems, Inc.
1056 Gage St. Ste 2
Winnetka, IL 60093-1745

Expedient
PO Box 8500-9886
Philadelphia, PA 19178-9886

Family Worship Center
1350 E. Main St.
Lakeland, FL 33801-5715

Fast Signs
213 Ohio Street
Chicago, IL 60611-3259

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Fiber Instrument Sales, Inc.
161 Clear Road
Oriskany, NY 13424-4339

Fiberglass Solutions Inc.
436 W. Belden Ave.
Addison, IL 60101-4903

First Chicago Bank & Trust
1145 N. Arlington Heights Rd.
Itasca, IL 60143-3171

First Insurance Funding Co.
450 Skokie Blvd
Northbrook, Il 60062-7917

First Insurance Funding Co.
PO Box 66468
Chicago, IL 60666-0468

Flannery, III, Robert B.
1802 Silverwillow Drive
Glenview, IL 60025-2025

Franchise Tax Board
Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Fred R. Harbecke
53 West Jackson Blvd, Suite 1510
Chicago, IL 60604-4151

Fulton Carroll Center
320 N. Damen Ave., First Floor
Chicago, IL 60612-2470

G. Neil
PO Box 451179
Sunrise, FL 33345-1179

GBC
PO Box 71361
Chicago, IL 60694-1361

Goodmart
232 Madison Ave.
New York, NY 10016-2901

Goodyear/Just Tires
12 West Ogden Avenue
Westmont, IL 60559-1302

Gountanis, John
1115 E. Davis Street
Arlington Heights, IL 60005-2130

Graybar Electric
12431 Collections Center Drive
Chicago, IL 60693-0124

Greene, Glenn D.
1288 Chesterfield Lane
Grayslake, IL 60030-3797

GRM Information Mgmt Serv.
88044 Expedite Way
Chicago, IL 60695-0001

Hand Surgery & Specialty
1 Transam Plaza Dr. #460
Oakbrook, IL 60181-4297

Hawk Electronics
511 Glenn Ave.
Wheeling, IL 60090-6015

Hennig Gasket & Sales, Inc.
2350 W. Cullerton St.
Chicago, IL 60608-2515

Hershey Entertainment & Resorts
27 W Chocalate Ave
Hershey, PA 17033-1672

Hollywood Crane Services, Inc.
10546 Oxford Ave.
Chicago Ridge, IL 60415-1802

Howard Brody
6466 N. Newland
Chicago, IL 60631-1745

HP Express Service
PO Box 202475
Dallas, TX 75320-2475

Illinois Bell Telephone Company
c/o AT&T Services, Inc.
Karen A. Cavagnaro-Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338

Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001

Imagetec L.P.
4509 Prime Parkway
McHenry, IL 60050-7000

Imagetec LP
PO Box 740423
Atlanta, GA 30374-0423

Informed RX
PO Box 27275
New York, NY 10087-7275

Inman & Fitzgibbons, Ltd.
33 N. Dearborn St. Suite 1825
Chicago, IL 60602-3863

Integrated Engineering Sftwre
519 E. Babcock
Bozeman, MT 59715-4713

Interactive Engineering Corp.
884 Medina Road
Medina, OH 44256-9615

International Packing & Crating LLC
900 Hollywood Avenue
Itasca, IL 60143-1330

Iron Mountain
PO Box 27128
New York, NY 10087-7128

ISA/International Sign Assoc.
1001 N. Fairfax Street
Alexandria, VA 22314-1587

James A. Krumin
1465 Lily Cache Ln
Bolingbrook, IL 60490-4503

James D. Young
974 Key Avenue
San Francisco, CA 94124-3528

James E. Morgan
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue
Suite 1100
Chicago, IL 60604-2461

James Krumin
1465 Lily Cache Lane
Bolingbrook, IL 60490-4503

Jerome H. Meyer & Co
640 N. LaSalle Dr. #605
Chicago, IL 60654-6735

JJ Keller
PO Box 548
Neenah, WI 54957-0548

Job Giraffe
75 Remittance Dr.
Chicago, IL 60675-1499

Jones Lang LaSalle
111 Pasquinelli Dr.
Westmont, IL 60559

Judge & Dolph
1925 Busse Rd.
Elk Grove Village, IL 60007-5721

July Business Services
PO Box 2208
Waco, TX 76703-2208

K&K Image Technology Inc.
594 W. Potter Road
Wood Dale, IL 60191-1738

K&L Gated LLP
70 W Madison St.
Chicago, IL 60602-4252

K&L Gates LLP
70 W. Madison St.
Chicago, IL 60602-4258

Kathryn Conroy
2614 Hartzell
Evanston, IL 60201-1312

Kevin Allen Meyers
5125 N. Lowell Ave.
Chicago, IL 60630-2612

Kimberly Yarbrough
930 Roosevelt Road
Glen Ellyn, IL 60137-7829

Koenig & Strey
4709 W. Golf Road Ste 1100A
Skokie, IL 60076-1261

L. Judson Todhunter
Howard & Howard Attorneys PLLC
200 S Michigan Ave
Chicago, IL 60604-2402

Lake County Plan Commission
2293 N. Main
Crown Point, IN 46307-1854

Lakefront Medical Assoc
4700 N. Marine Dr.
Chicago, IL 60640-7972

Larson Engineering, Inc.
3524 Labore Rd.
White Bear Lake, MN 55110-5126

Lauderdale, John L.
665 Fourth Street
Lemont, IL 60439-4113

Lettuce Entertain You
5419 N. Sheridan Rd.
Chicago, IL 60640-1900

Liberty Technology
Advisors LLC
c/o Ft. Sheridan Group LLC
3535 Patten Road Suite 8A
Highland Park, IL 60035-5960

Litetronics
4101 W. 123rd Street
Alsip, IL 60803-1803

Manuel Molina
478 W. Myrick Ave.
Addison, IL 60101-3452

Mark Richardson
11 Lotus Ct.
Greenville, SC 29609-4833

Martens, Willard D.
2404 Litchfield Ct.
Naperville, IL 60565-4376

Max's of Skokie
120 E. Grand Ave.
San Francisco, CA 94080-4803

McGraw Hill Construction
7625 Collection Center Drive
Chicago, IL 60693-0076

Mega Vision Systems, Inc.
2000 Wyatt Drive #6
Santa Clara, CA 95054-1530

Messina Group, Inc.
attn: Beth Morley
c/o Messina Group
P.O. Box 958
Park Ridge, IL 60068-0958

Meyers, Kevin A.
5125 N. Lowell
Chicago, IL 60630-2612

Mid-West Sign Supply Co.
5521 N. Lynch Ave.
Chicago, IL 60630-1417

Midwest Aerial Service
4910 W. Wilshire Blvd.
Country Club Hills, IL 60478-3153

Midwest Manufacturing & Dist.
6025 N. Keystone Ave.
Chicago, IL 60646-5209

Midwest Orthopaedics at Rush
Insurance Payments Dept 4559
Carol Stream, IL 60122-4559

Midwest Sign & Lighting
4910 W. Wilshire Blvd
Country Club Hills, IL 60478-3153

Midwest Time Recorder Inc.
7964 S. Madison St.
Burr Ridge, IL 60527-5806

Milliman, Inc.
71 South Wacker Drive
Chicago, IL 60606-4716

MOR PMC
Carol Stream, IL 60122-0001

Morgan Stanley Bank, N.A.
One Utah Center
201 S. Main St., 5th Floor
Salt Lake City, UT 84111-2215

Mount Prospect Chamber of Commerce
662 E. Northwest Highway
Mount Prospect, IL 60056-3255

Mouser Electronics Inc.
PO Box 99319
Fort Worth, TX 76199-0319

Mulroy Demolition & Excavation LLC
6820 N. Kostner Ave.
Lincolnwood, IL 60712-4710

N. Glantz & Son
PO Box 856300
Louisville, KY 40285-6300

Napleton
6140 N Western Ave
Chicago, IL 60659-2816

National Guardian Life Insurance
PO Box 1191
Madison, WI 53701-1191

Neopost Inc.
PO Box 45800
San Francisco, CA 94145-0800

New York State Sales Tax
PO Box 15169
Albany, NY 12212-5169

Newark Inone
PO Box 94151
Palatine, IL 60094-4151

Nick Sandoval
451 Kingston Ct.
Mount Prospect, IL 60056-6068

Nicor Gas
PO Box 0632
Aurora, IL 60507-0632

Northshore University Health
Chicago, IL 60678-0001

Northwest Ford & Sterling Truck Cen
4000 Mannheim Rd
Franklin, IL 60131-1208

O'Hare Towing Service
2139 N. Mannheim Rd.
Northlake, IL 60164-1888

Oak Forest Bowl
15240 S. Cicero Ave.
Oak Forest, IL 60452-2496

Oaklawn Radiology Imaging Cons
71 W 156th Street
Harvey, IL 60426-4260

Office Max
75 Remittance Dr.
Chicago, IL 60675-2698

Office of the U.S. Trustee
219 S Dearborn St., Room 873
Chicago, IL 60604-2027

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Department of Taxation
PO Box 182101
Columbus, OH 43218-2101

Orthopaedic & Rehab Center
PO Box 811
Wilmette, IL 60091-0811

Padilla, Cesar
8901 S. 83rd Court
Hickory Hills, IL 60457-1417

Pancor Construction & Development
2175 Point Blvd
Elgin, IL 60123-9211

Park District of Oak Park
218 Madison
Oak Park, IL 60302-4108

Pawlak, Elizabeth E.
718 Slingerland
Schaumburg, IL 60193-2349

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K St., NW, Suite 340
Washington, DC 20005-4030

Pepel, Chris G.
102 N. Nixon Drive
Batavia, IL 60510

Perez, Richard
5304 W. Addison Apt. C-1
Chicago, IL 60641-3335

Physicians Urgent Care
1000 E. Riverside Blvd.
Loves Park, IL 61111-4782

Plante Moran PLCC
600 E Front St., Suite 300
Traverse City MI 49686-2892

PMI Diagnostic Imaging
7600 W. College Dr.
Palos Heights, IL 60463-1001

Portable John Inc.
1414 Canal St.
Lockport, IL 60441-2896

Postmaster
300 W. Central Rd.
Mount Prospect, IL 60056-9998

Power Equip Leasing Co.
605 Anderson Drive
Romeoville, IL 60446-1687

Progressive Business Publ.
370 Technology Drive
Malvern, PA 19355-1315

Progressive Systems Network
1150 S. Clinton Street
Chicago, IL 60607-4434

Provost, Carrie A.
813 S. Maple Street
Mount Prospect, IL 60056-4335

Putlak, Greg A.
9521 S. Harding Avenue
Chicago, IL 60805-1910

Quantum Sign Corp
693 Hearland Drive
Sugar Grove, IL 60554-9594

Rafael Bonilla
4037 N. Long Ave.
Chicago, IL 60641-1345

RCG-KC Hotel LLC
11832 NW Plaza CIR
Kansas City, MO 64153-1110

Record Copy Services
30 N. LaSalle St.
Chicago, IL 60602-2592

Reliable Electric Products
309 Sam Rayburn Pkwy
Lenoir City, TN 37771-3353

Republic Services
PO Box 9001154
Louisville, KY 40290-1154

Rice Engineering
105 School Creek Trail
Luxemburg, WI 54217-1095

Rising Medical Solutions, Inc.
325 N. LaSalle Street Ste 475
Chicago, IL 60610

Robert B. Flannery Jr.
451 Kingston Court
Mount Prospect, IL 60056-6068

Robert B. Flannery Jr.
601 Raleigh Rd.
Glenview, IL 60025-4379

Robert B. Flannery Sr.
W4366 Basswood Dr.
Lake Geneva, WI 53147-3904

Robert-James & Assoc, Inc.
12255 W. 187th Street
Mokena, IL 60448-9737

Samtec
3837 Reliable Pkwy
Chicago, IL 60686-0038

Sandoval, Nicholas
7416 N. Octavia Avenue
Chicago, IL 60631-4435

Savaglio Bros., Inc.
6020 N. Kostner
Chicago, IL 60646-5012

Second City Financial
9124 Terminal Ave.
Skokie, IL 60077-1514

Secretary of State - California
1500 11th Street
Sacramento, CA 95814-5701

Sentinel Technologies
2550 Warrenville Rd
Downers Grove, IL 60515-1723

Seyfarth Shaw LLP
131 S Dearborn St Suite 2400
Chicago, IL 60603-5863

Sheet Metal Workers Ntl. Pension Fund
Benefit Funds Suite 500
601 N. Fairfax St.
Alexandria, VA 22314-2054

Shett Metal Workers Ntl
Pens Fund
Bnefit Funds Suite 500
601 N Fairfax St.
Alexandria, VA 22314-2054

SMG Security Systems, Inc.
120 N. King Street
Elk Grove Village, IL 60007-1111

Song, Hong
1412 Winston Drive
Buffalo Grove, IL 60089-6833

South Suburban College
Kusper & Raucci Chartered
33 N. Dearborn Street
Suite 1530
Chicago, IL 60602-3114

Southwest-Spring
3863 W. Columbus Ave.
Chicago, IL 60652-3794

Sports Business Journal
120 West Morehead St. Suite 310
Charlotte, NC 28202-1826

St. Mary of Nazareth
2233 West Division Street
Chicago, IL 60622-3086

Stamos & Trucco LLP
One E. Wacker Dr.
Chicago, IL 60601-1806

Standard Life Insurance
PO Box 5676
Portland, OR 97228-5676

State Board of Equalization
Sales & Use Tax Processing
PO Box 188268
Sacramento, CA 95818-8268

State Disbursement Unit
PO Box 5400
Carol Stream, IL 60197-5400

State of Arizona
100 N 15th Ave.
Phoenix, AZ 85007-2624

Sunstar
1300 Abbott Dr.
Elgin, IL 60123-1821

Susan Abraham
1821 N 24th Ave.
Melrose Park, IL 60160-1819

Technology with Silicones, Inc.
PO Box 631 Suite 1
Mechanicville, NY 12118-0631

The Messina Group
200 S. Prospect
Park Ridge, IL 60068-4037

The Talent Connection
106 West Calendar Avenue #206
La Grange, IL 60525-2325

Thomas M. Dore
6829 N. Wildwood
Chicago, IL 60646-1308

Thornton, Scott A.
629 Oriole Lane
Mount Prospect, IL 60056-1119

Tiger Direct
7795 W. Flagler Street
Miami, FL 33144-2367

Town of Merrillville
7820 Broadway Ave.
Merrillville, IN 46410-5561

Town of Munster
1005 Ridge Road
Munster, IN 46321-1849

Trans Chicago Truck Group
776 N York St
Elmhurst, NY 60126-1356

Transworld Systems Inc.
25 Northwest Point Blvd
Elk Grove, IL 60007-1056

Travelers Casualty & Surety
Company of America
One Tower Square
Hartford, CT 06183-0001

Travelers Insurance
P.O. Box 3556
Orlando, FL 32802-3556

TRI-Mag LLC
PO Box 34392
Milwaukee, WI 53234-3925

Tribune Interactive - TRG
14891 Collections Center Drive
Chicago, IL 60693-0148

True Painters and Remodelers
3139 W Pershing Rd
Chicago, IL 60632-2348

Twin Rinks Ice Pavilion
1500 Abbott Ct.
Buffalo Grove, IL 60089-2377

Uline Shipping Supply
PO Box 88741
Chicago, IL 60680-1741

Underwriters Laboratories
75 Remittance Dr.
Chicago, IL 60675-1524

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

United Rentals (North Amer) Inc.
PO Box 100711
Atlanta, GA 30384-0711

United Sign Corp
PO Box 300228
Kansas City, MO 64130-0228

UnitedHealth Insurance Company
Dept CH 10151
Palatine, IL 60055-0151

UnitedHealthcare Insurance Company of Illino
c/o Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1803

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Victoria Supply / Top Bulb Co.
4281 Express Lane
Sarasota, FL 34238-2602

Villa Oaks LLC
2015 Hidden Ridge Lane
Highland Park, IL 60035-2867

Village of Buffalo Grove
50 Raupp Blvd.
Buffalo Grove, IL 60089-2100

Village of Deerfield
850 Waukegan Rd.
Deerfield, IL 60015-3279

Village of Downers Grove
801 Burlington Ave.
Downers Grove, IL 60515-4776

Village of Glencoe
675 Village Court
Glencoe, IL 60022-1699

Village of Glenview
1225 Waukegan Rd
Glenview, IL 60025-3019

Village of Hoffman Estates
1900 Hassell Road
Hoffman Estates, IL 60169-6302

Village of Northbrook
1225 Cedar Lane
Northbrook, IL 60062-4582

Village of Oak Brook
1200 Oak Brook Rd.
Oak Brook, IL 60523-2255

Village of Orland Park
14700 S Ravinia Ave.
Orland Park, IL 60462-3134

Village of Palatine
200 E Wood St.
Palatine, IL 60067-5339

Village of Rosemont
9501 W Devon Ave
Des Plaines, Il 60018-4802

Village of Skokie
7300 Niles Center Road
Skokie, IL 60077-3228

Village of Tinley Park
16250 S Oak Park Ave.
Tinley Park, IL 60477-1600

Villareal, Crisoforo D.
5235 South Archer Avenue
Chicago, IL 60632-4713

Vorys, Sater, Seymour and Pease LLP
1909 K Street NW
Suite 900
Washington, DC 20006-1115

Wage Works
PO Box 45772
San Francisco, CA 94145-0772

Ward, James T.
10333 S. Avers
Chicago, IL 60655-3719

Wayne Electric Co.
3162 N. Elston Ave.
Chicago, IL 60618-7130

Wayteck, William J.
1427 Interlochen Dr.
Palos Hills, IL 60465

We'll Clean III
1520 N. Halsted
Chicago, IL 60642-2528

Wellington Radiology
39006 Treasury Center
Chicago, IL 60694-9000

Wendell Building Maintenance & Construction
2942 S Cicero
Cicero, IL 60804-3636

White Brothers Trucking
PO Box 82
Wasco, IL 60183-0082

White Way Sign & Maintenance Co.
451 Kingston Court
Mt. Prospect, IL 60056-6068

Whole Foods Market
3300 N. Ashland Ave.
Chicago, IL 60657-2109

Wilmette Huerbinger Drug Co.
333 Ridge Rd.
Wilmette, IL 60091-3217

Wine Sergi & Co., LLC
1000 E. Warrenville Rd.
Naperville, IL 60563-1867

Wisconsin Department of Revenue
PO Box 8902
Madison, WI 53708-8902

YRC Inc
10990 Roe Ave.
Overland Park, KS 66211-1213