UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| White Way Sign & Maintenance Co., ) | Case No. 14 B 40855 |
| ) | |
| Debtor(s). ) | |

## NOTICE OF MOTION

Office Of U.S. Trustee
219 South Dearborn Street - Suite 873
Chicago, IL 60604

James E. Morgan
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue - Suite 1100
Chicago, IL  60604

Willard D. Martens
White Way Sign & Maintenance Co.
451 Kingston Court
Mt. Prospect, IL  60056

    PLEASE TAKE NOTICE that on May 26, 2015, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in Courtroom No. 619, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Trustee's Motion to Compel Filing of Debtor's Final Report And Schedule of Post-Petition Debts and Debtor's Counsel's First and Final Application for Compensation.
    At which time and place you may appear if you see fit.

    Phillip D. Levey
    2722 North Racine Avenue
    Chicago, IL  60603
    773-348-9682

## CERTIFICATE OF SERVICE

I, Phillip D. Levey, an attorney, certify that on May 19, 2015, I served the aforesaid Notice of Motion and the Motion described therein on the Office of the U.S. Trustee and James E. Morgan via ECF and on the remaining persons by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

_/s/ Phillip D. Levey_

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| White Way Sign & Maintenance Co., | ) | Case No. 14 B 40855 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S MOTION TO COMPEL FILING OF DEBTOR'S FINAL REPORT AND SCHEDULE OF POST-PETITION DEBTS AND DEBTOR'S COUNSEL'S FIRST AND FINAL APPLICATION FOR COMPENSATION

Phillip D. Levey, trustee herein, respectfully represents as follows:

1. Movant is the duly appointed, qualified and acting trustee of this Chapter 7 estate.

2. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Code on November 12, 2014. The case was subsequently converted to a proceeding under Chapter 7 of the Code on March 17, 2015.

3. The debtor has an obligation to file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim, not later than 14 days after the conversion of the case pursuant to Fed. R. Bankr. P. 1019(5)(A)(i).

4. The debtor also has an obligation to file and transmit to the U.S. Trustee a final report and account not later than 30 days after conversion of the case pursuant to Fed. R. Bankr. P. 1019(5)(A)(ii).

5. No order has been entered affecting the debtor's obligations under Fed. R. Bankr. P. 1019(5)(A).

6. The debtor is represented in this case by the firm of Howard & Howard of Chicago, Illinois, pursuant to this Court's Order dated February 3, 2015.

7. The debtor paid the sum of $50,000.00 to Howard & Howard as and for a retainer in this case according to the Application to Employ filed by Howard & Howard herein on January 27, 2015, which was presented to this Court on February 3, 2015.

8. The debtor's former chief financial officer, Willard Martens, has advised movant that he provided Howard & Howard with the information necessary to prepare the aforesaid list of unpaid debts and final report and account some time ago.

9. Movant has asked Howard & Howard to prepare and file the aforesaid list of unpaid debts and final report and account.

10. To date, Howard & Howard has neither filed said list and report nor advised movant why it has not done so.

11. Movant therefore recommends that Howard & Howard be required to prepare and file said list and report by a date certain.

12. Howard & Howard has also not filed any application for compensation for its services in this case to date.

13. Movant therefore further recommends that Howard & Howard be required to file its first and final application for compensation for services rendered in this case by a date certain as well.

Wherefore, movant prays for the entry of an order in conformity with this motion and for such other and further relief as may be appropriate.

_____
Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682