**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| WHITE WAY SIGN & MAINTENANCE CO., | ) Bankruptcy No. 14 B 40855 |
| Debtors. | ) Judge Donald R. Cassling |

**FINAL REPORT OF WHITE WAY SIGN & MAINTENANCE CO.,**
**DEBTOR-IN-POSSESSION**

TO:   The Honorable Donald R. Cassling, United States Bankruptcy Judge

White Way Sign & Maintenance Co. (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(A)(ii):

1. On November 12, 2014, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. From November 12, 2014 to March 17, 2015, the Debtor operated as a Debtor-In-Possession. On March 17, 2015, the Court entered an order converting this case to a case under Chapter 7. Phillip D. Levy has been appointed as the Chapter 7 Trustee (the "Chapter 7 Trustee") for the Debtor's estate.

3. A summary of the Debtor's Final Reports for the period from November 12, 2014 to March 17, 2015 is as follows:

| | | |
|---|---|---|
| a) | GROSS RECEIPTS | $702,851.47 |
| b) | BEGINNING BANK BALANCE: | $1,686.69 |
| c) | NET RECEIPTS | $16,439.66 |
| d) | DISBURSEMENTS | $686,411.81 |
| e) | NET CASH available for Chapter 7 Trustee | $24,835.55 |

4.   Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from November 12, 2014 to March 17, 2015.

5.   On May 20, 2015, the Debtor filed its Amended Statement of Outstanding Post-Petition Debts in accordance with Fed. R. Bankr. P. 1019(5)(A)(i), attached hereto as Exhibit B. The total unpaid debts are listed as $479,497.60 at this time.

Dated: May 20, 2015

>                          Respectfully Submitted,
>
>                          WHITE WAY SIGN & MAINTENANCE CO.
>
>                    By:   /s/ L. Judson Todhunter
>                          L. Judson Todhunter

James E. Morgan (Fed. I.D. #90785074)
L. Judson Todhunter, Esq. (ARDC #2840510)
Howard & Howard Attorneys PLLC
200 South Michigan Avenue, Suite 1100
Chicago, Illinois   60604-2461
Tel:  312.372.4000; Fax:  312.939.5617
Email: Jem@h2law.com
Email: Jtodhunter@howardandhoward.com