**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WHITE WAY SIGN & MAINTENANCE CO., | ) | Bankruptcy No. 14 B 40855 |
| | ) | |
| Debtors. | ) | Judge Donald R. Cassling |
| | ) | |

**NOTICE OF FILING**

TO:   SEE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE THAT on May 20, 2015, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a **FINAL REPORT OF WHITE WAY SIGN AND MAINTENANCE CO., AS DEBTOR-IN-POSSESSION, INCLUDING A STATEMENT OF OUTSTANDING POST-PETITION DEBTS**, a copy of which is attached hereto and thereby served upon you.

/s/ L. Judson Todhunter
L. Judson Todhunter

**AFFIDAVIT OF SERVICE**

I, L. Judson Todhunter, an attorney, certify that the above captioned Notice of Filing and Final Report of White Way Sign and Maintenance Co., as Debtor-in-Possession, including a Statement of Outstanding Post-Petition Debts, were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage prepaid from 200 S. Michigan Ave., Chicago, Illinois 60604 on May 20, 2015.

/s/ L. Judson Todhunter
L. Judson Todhunter

James E. Morgan (Fed. I.D. #90785074)
L. Judson Todhunter, Esq. (ARDC #2840510)
Howard & Howard Attorneys PLLC
200 South Michigan Avenue, Suite 1100
Chicago, Illinois   60604-2461
Tel:  312.372.4000; Fax:  312.939.5617
Email: Jem@h2law.com
Email: Jtodhunter@howardandhoward.com

## ECF SERVICE LIST

All Right Sign, Inc.
c/o Fred R. Harbecke
53 W. Jackson Blvd.
Suite 510
Chicago, IL 60604

Barrington Bank & Trust Company, N.A.
c/o Scott H. Kenig
Randall & Kenig LLP
455 N. Cityfront Plaza Drive - #3160
Chicago, IL 60611

Cabot II – IL1M08, LLC
c/o Christopher S. Wunder
Kaplan Papdakis & Gournis P.C.
180 N. LaSalle Street – Suite 2108
Chicago, IL 60601

Electrical Insurance Trusteees
c/o David R. Shannon
Tenney & Bentley
111 W. Washington – Suite 1900
Chicago, IL 60602

Scott R. Clar
Crane Heyman Simon Welch & Clar
135 S. LaSalle Suite 3705
Chicago, IL 60603

Lori A. Butler
Pension Benefit Guaranty Corp – US Govt.
1200 K Street, N.W., Suite 340
Washington, DC 20005

UnitedHealthcare Insurance Company of Illinois
c/o Latonia Williams
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

UnitedHealthcare Insurance Company of Illinois
c/o Thomas C. Wolford
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL 60602

Office of U.S. Trustee
219 South Dearborn Street – Suite 873
Chicago, IL 60604

## U.S. MAIL SERVICE LIST

Williard D. Martens
White Way Sign & Maintenance Co.
451 Kingston Court
Mt. Prospect, IL 60056

All Right Sign
3628 Union Ave.
Steger, IL 60475

American Express
200 Vesey Street
New York, NY 10285

American OPTO Plus LED Corp.
1206 E. Lexington Ave.
Pomona, CA 91766

Cabot Industrial Value Fund
Cabot Properties
One Beacon Street, 17th Floor
Boston, MA 02108

CBS Outdoor
111 N. Vista Rd., Suite 3A
Spokane, WA 99212

CBS Television Studios
22 West Washington
Chicago, IL 60602

ComEd
ComEd Customer Care Center
P.O. Box 805379
Chicago, IL 60680

First Insurance Funding Co.
450 Skokie Blvd.
Northbrook, IL 60065

Hershey Entertainment Resorts
27 W. Chocolate Ave.
Hershey, PA 17033

K&L Gates LLP
70 W. Madison
Chicago, IL 60602

Liberty Technology Advisors, LLC
c/o FI. Sheridan Group, LLC
3535 Patten Road, Suite 8A
Highland Park, IL 60035

Napleton
6140 N. Western Ave.
Chicago, IL 60659

Pancor Construction
2175 Point Blvd.
Elgin, IL 60123

Plante Moran, PLLC
600 E. Front St., Suite 300
Traverse City, MI 49686

Quantum Sign Corp.
693 Heartland Drive
Sugar Grove, IL 60554

Sentinel Technologies
2550 Warrenville Rd.
Downers Grove, IL 60515

Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Sheet Metal Workers Ntl. Pens. Fund
Benefit Funds
601 N. Fairfax St., Suite 500
Alexandria, VA 22314

Travelers Insurance
PO Box 3556
Orlando, FL 32802

Village of Rosemont
9501 W. Devon Ave.
Des Plaines, IL 60018