UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-40855
)
White Way Sign & Maintenance Co., ) Chapter: 7
)
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER GRANTING APPLICATION OF HOWARD & HOWARD ATTORNEYS, PLLC FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR**

This matter coming before the Court on the Final Application of Howard & Howard Attorneys, PLLC ("Howard") for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor (the "Application"), for entry of an order pursuant to sections 327, 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), allowing payment for the period from November 24, 2014 through March 17, 2015 (the "Application Period"); the Court finds that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; due and sufficient notice of the Application was given; and upon the record herein and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted on final basis as provided herein.

2. Howard is hereby allowed on a final basis fees in the amount of $52,623.00 (including the $38,203.73 amount which had been granted on an interim basis) and expenses of $2,294.50 (which had been granted on an interim basis), for a final total of $54,917.50.

3. Having been permitted to apply its prepetition retainer on an interim basis, which paid all expenses in full and a partial payment of $38,203.73 in fees, Howard is hereby allowed a Chapter 11 administrative expense in the amount of $14,419.27, representing the balance due of the final fees allowed by this Order.

Enter:

Dated: 11-17-15

United States Bankruptcy Judge

**Prepared by:**
James E. Morgan (Fed. ID No. 90785074)
Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Rev: 20130104_bko